Paula V. Tanner, Bar No. 088790
Law Offices of Paula V. Tanner
1006 4th Street, Suite 302
Sacramento, CA 95814-4503

Telephone: (916) 446-8877
Facsimile:  (916) 446-8871

Attorney for Appellant
 Specialized Clutch & Brake of Stockton, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SPECIALIZED CLUTCH & BRAKE OF STOCKTON, INC., a California corporation,<br>                    Debtor.<br>_____<br>–<br>SPECIALIZED CLUTCH & BRAKE OF STOCKTON, INC.,<br><br>                    Appellant,<br><br>vs.<br><br>UNITED BRAKE SYSTEMS, INC., et al.,<br><br>                    Appellees. | USDC Case Number<br>NO. 2:05-CV-01141-FCD-GGH<br><br>USBC Case Number<br>NO. 04-31126-D-11<br><br>Adversary Proceeding Number<br>NO. 04-02406-D<br><br><br>**STIPULATION AND ORDER EXTENDING TIME TO FILE BRIEFS** |

      At the request of the Appellant, the parties hereto, Specialized Clutch & Brake of Stockton, Inc. ("Appellant"), on the one hand, and United Brake Systems, Inc., Midland Brake, Inc., and California Equipment Corporation ("Appellees"), on the other hand, hereby stipulate that the time periods for the filing of opening briefs in this matter shall be extended by three weeks each, as follows:

/ / /

STIPULATION AND ORDER EXTENDING TIME TO FILE BRIEFS

1

1  / / /

2       Appellant's opening brief and excerpts of record shall be due on November 1, 2005.
3 Appellees' opening brief and excerpts of record shall be due on December 7, 2005.  Appellant
4 may file a reply brief within ten days after service of Appellees' brief.

5

6 DATED:   October 11, 2005　　　　　　　　　　　LAW OFFICES OF PAULA V. TANNER

7

8 　　　　　　　　　　　　　　　　　　　　　　　By:   /s/ Paula V. Tanner
　　　　　　　　　　　　　　　　　　　　　　　　　　PAULA V. TANNER
9 　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Appellant
　　　　　　　　　　　　　　　　　　　　　　　　　　Specialized Clutch & Brake of Stockton, Inc.
10

11 DATED:   10/11/05　　　　　　　　　　　　　　BINGHAM MCCUTCHEN LLP

12

13 　　　　　　　　　　　　　　　　　　　　　　　By:   /s/ Sivan Gai
　　　　　　　　　　　　　　　　　　　　　　　　　　SIVAN GAI
14 　　　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Appellees
　　　　　　　　　　　　　　　　　　　　　　　　　　United Brake Systems, Inc.,
15 　　　　　　　　　　　　　　　　　　　　　　　　　　Midland Brake, Inc., and
　　　　　　　　　　　　　　　　　　　　　　　　　　California Equipment Corporation
16

17 **IT IS SO ORDERED.**

18 Dated: October 11, 2005　　　　　　　　　　　/s/ Frank C. Damrell Jr.
　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Frank C. Damrell, Jr.
19 　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

20

21

22

23

24

25

26

27

28